**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JUAN JIMENEZ, individually and on behalf of all others similarly situated,** ***Plaintiff,*** | § | |
| ***v.*** | § | **NO. 1:25-CV-1877** |
| **MILGARD MANUFACTURING LLC and ORACLE CORPORATION,** ***Defendants.*** | § | |

**ORDER**

On December 10, 2025, Plaintiff Juan Jimenez submitted a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. 7. Plaintiff dismissed the action voluntarily, citing Rule 41(a), when Defendant had not filed an answer or motion by the date of the filing. *Id.* This unilateral dismissal requires no judicial action and is effective automatically upon filing. *See Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Plaintiff's action is therefore **DISMISSED WITHOUT PREJUDICE.** Accordingly, as nothing remains to resolve, this case is now **CLOSED**. Therefore, the Clerk's Office is directed to **CLOSE** this case.

**SIGNED ON DECEMBER 11, 2025.**

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**